**MINUTE ENTRY**
**LEMELLE, J.**
**FEBRUARY 24, 2006**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GERALD WALLACE, ET AL.** | **CIVIL ACTION** |
| | **NO. 05-5519** |
| **VERSUS** | **SECTION B(2)** |
| **MICHAEL CHERTOFF, SECRETARY, DEP'T OF HOMELAND SECURITY, ET AL.** | |

**AND**

| | |
|---|---|
| **MICHAEL TISSERAND, ET AL.** | **CIVIL ACTION** |
| | **NO. 05-6487** |
| **VERSUS** | **SECTION B(1)** |
| **KATHLEEN BLANCO, GOVERNOR, ET AL.** | |

**AND**

| | |
|---|---|
| **ASSOCIATION OF COMMUNITIES FOR REFORM NOW, ET AL.** | **CIVIL ACTION** |
| | **NO. 06-611** |
| | **SECTION B(1)** |
| **VERSUS** | |
| **KATHLEEN BLANCO, GOVERNOR, STATE OF LOUISIANA, ET AL.** | |

A hearing was held in the above-captioned cases between February 23-24, 2006. Witness testimony was heard on February

23, 2006, and argument was heard the following day. For the reasons orally assigned in Court,

**IT IS ORDERED** that the claims of Plaintiffs in all cases are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Defendant Kimberly Williamson Butler produce a copy of the list of displaced voters compiled based on the list provided by FEMA for *in camera* review.

UNITED STATES DISTRICT JUDGE